| | |
|---|---|
| CHRIS SCOTT GRAHAM (No. 114498)<br>chris.scott.graham@dechert.com<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499<br>Telephone: 650.813.4800<br>Facsimile: 650.813.4848<br><br>JOSHUA D. N. HESS (No. 244115)<br>joshua.hess@dechert.com<br>MARK P. DIPERNA (No. 260413)<br>mark.diperna@dechert.com<br>DECHERT LLP<br>One Maritime Plaza, Suite 2300<br>San Francisco, California 94111-3513<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555 | SHAWN A. WILLIAMS (213113)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>shawnw@rgrdlaw.com<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800_<br>San Francisco, CA 94104 ;.0.<br>Telephone: 415.288.4545<br>Facsimile: 415.288.4534<br>-and-<br>DARREN J. ROBBINS (168593)<br>darrenr@rgrdlaw.com<br>TRAVIS E. DOWNS III (148274)<br>travisd@rgrdlaw.com<br>BENNY C. GOODMAN III (211302)<br>bennyg@rgrdlaw.com<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619.231-1058<br>Facsimile: 619.231-7423 |
| Attorneys for Nominal Defendant Intersil<br>and the Individual Defendants | Attorneys for Plaintiff<br>[Additional counsel appear on signature page] |

*[STAMP: IT IS SO ORDERED / Judge Edward J. Davila / United States District Court, Northern District of California]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LABORERS' LOCAL #231 PENSION FUND, Derivatively on Behalf of INTERSIL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID B. BELL, JONATHAN A. KENNEDY, SUSAN J. HARDMAN, PETER R. OAKLANDER, DAVID M. LOFTUS, ROBERT W. CONN, JAMES V. DILLER, GARY E. GIST, MERCEDES JOHNSON, GREGORY LANG, JAN PEETERS, ROBERT N. POKELWALDT, JAMES A. URRY and COMPENSIA, INC.,<br><br>    Defendants.<br><br>    -and-<br><br>Intersil Corporation, a Delaware Corporation,<br><br>    Nominal Party. | Case No. 5:11-cv-04093 EJD<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR NOMINAL DEFENDANT INTERSIL TO RESPOND TO THE COMPLAINT AND SCHEDULING** |

1    WHEREAS, on August, 19, 2011, Plaintiff Laborers' Local #231 Pension Fund
2 ("Plaintiff") filed its Verified Shareholder Derivative Complaint For Breach Of Fiduciary Duty Of
3 Loyalty, Aiding And Abetting And Unjust Enrichment in this Court against Intersil Corporation
4 ("Intersil"); David B. Bell; Robert W. Conn, James V. Diller, Gary E. Gist, Mercedes Johnson,
5 Gregory Lang, Jan Peeters, Robert N. Pokewaldt, James A. Urry, Jonathan A. Kennedy, Susan J.
6 Hardman, Peter R. Oaklander, and David M. Loftus (collectively the "Defendants"), and
7 Compensia, Inc. ("Compensia");

8    WHEREAS, Intersil has been served with the Summons and Complaint;

9    WHEREAS, Plaintiff has requested that the Defendants waive service of process pursuant
10 to FRCP 4(d)(1) and the Defendants have so agreed;

11   WHEREAS, the parties have agreed on a schedule for Defendants and Intersil's responses
12 to the Complaint;

13   WHEREAS, this extension will not alter the date of any event or deadline already fixed by
14 Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

15   NOW THEREFORE, Plaintiff, Defendants and Intersil, through their counsel of record,
16 stipulate to the following:

17   1.   Defendants and Intersil, pursuant to Civil L.R. 6-1(a), will answer, move or
18 otherwise respond to the complaint on October 17, 2011;

19   2.   Should Defendants and/or Intersil move to dismiss the Complaint, Plaintiff shall
20 have until November 21, 2011, to file and serve their opposition to such motion(s); and

21   3.   Defendants and Intersil shall have until December 16, 2011 to file and serve reply
22 memoranda, if any, to Plaintiff's opposition(s).

| | |
|---|---|
| Dated:   September 16, 2011, | |
| | DECHERT LLP |
| | By: /s/ Chris Scott Graham |
| | Chris Scott Graham<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA  94040-1499<br>Telephone: 650.813.4800<br>Facsimile:  650.813.4848 |
| | *Attorneys for Nominal Defendant Intersil and the Individual Defendants* |
| Dated:  September 16, 2011, | |
| | ROBBINS GELLER RUDMAN &DOWD LLP |
| | By: /s/ Travis E. Downs III[1] |
| | Travis E. Downs III<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619.231.1058<br>Facsimile:  619.231.7423 |
| | *Attorneys for Plaintiff* |

*Additional Counsel:*

MICHAEL W. O'HARA
CAVANAGH & O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217.544.1771
Facsimile:  217.544.9894
Attorneys for Plaintiff

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Travis E. Downs III.

-3-

STIPULATION TO EXTEND THE DEADLINE AND SCHEDULING
CASE NO. 5:11-cv-04093