JAMES L. JACOBS, State Bar No. 158277
jjacobs@gcalaw.com
VALERIE M. WAGNER, State Bar No. 173146
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Telephone: (650) 428-3900
Fax: (650) 428-3901

Attorneys for Defendant
COMPENSIA, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9/30/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LABORERS' LOCAL #231 PENSION FUND, Derivatively on Behalf of INTERSIL CORPORATION, Plaintiff<br><br>Plaintiff,<br><br>vs.<br><br>DAVID B. BELL, JONATHAN A. KENNEDY, SUSAN J. HARDMAN, PETER R. OAKLANDER, DAVID M. LOFTUS, ROBERT W. CONN, JAMES V. DILLER, GARY E. GIST, MERCEDES JOHNSON, GREGORY LANG, JAN PEETERS, ROBERT N. POKELWALDT, JAMES A. URRY and COMPENSIA, INC.<br><br>Defendants.<br><br>-and-<br><br>Intersil Corporation, a Delaware Corporation,<br><br>Nominal Party. | No. 5:11-cv-04093 EJD<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT COMPENSIA, INC. TO RESPOND TO THE COMPLAINT AND SCHEDULING** |

STIPULATION TO EXTEND THE DEADLINE AND SCHEDULING
CASE NO. 5:11-CV-04093
-1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

WHEREAS, on August 19, 2011, Plaintiff Laborers' Local #231 Pension Fund ("Plaintiff") filed its Verified Shareholder Derivative Complaint For Breach Of Fiduciary Duty Of Loyalty, Aiding And Abetting And Unjust Enrichment in this Court against Intersil Corporation ("Intersil"); David B. Bell, Robert W. Conn, James V. Diller, Gary E. Gist, Mercedes Johnson, Gregory Lang, Jan A. Peeters, Robert N. Pokewaldt, James A. Urry, Jonathan A. Kennedy, Susan J. Hardman, Peter R. Oaklander, and David M. Loftus (collectively, the "Defendants"), and Compensia, Inc. ("Compensia");

WHEREAS, Compensia has been served with the Summons and Complaint;

WHEREAS, Plaintiff, Intersil and all other Defendants have previously agreed on a schedule for Defendants and Intersil's responses to the Complaint;

WHEREAS, Compensia has requested, and Plaintiff has agreed, that Compensia should have the same schedule as Defendants and Intersil to respond to the Complaint;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

NOW THEREFORE, Plaintiff and Compensia, through their counsel of record, stipulate to the following:

1. Compensia, pursuant to Civil L.R. 6-1(a), will answer, move or otherwise responds to the Complaint on October 17, 2011;

2. Should Compensia more to dismiss the Complaint, Plaintiff shall have until November 21, 2011 to file and serve its opposition to such motion; and

3. Compensia and Intersil shall have until December 16, 2011 to file and serve reply memoranda, if any, to Plaintiff's opposition.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

STIPULATION TO EXTEND THE DEADLINE AND SCHEDULING
CASE NO. 5:11-CV-04093

-2-

| | | |
|---|---|---|
| 1 | Dated: September 29, 2011 | GCA LAW PARTNERS LLP |
| 2 | | By: /s/ James L. Jacobs |
| 3 | | James L. Jacobs |
| | | 1891 Landings Drive |
| 4 | | Mountain View, CA 94043 |
| 5 | | Telephone: 650-428-3900 |
| | | Facsimile: 650-428-3901 |

Attorneys for Defendant
COMPENSIA, INC.

Dated: September 29, 2011    ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ Travis E. Downs III[1]

Travis E. Downs III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile: 619-231-7423

Attorneys for Plaintiff

*Additional Counsel:*

MICHAEL W. O'HARA
CAVANAGH & O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217-544-1771
Facsimile: 217-544-9894
Attorneys for Plaintiff

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from Travis E. Downs III.

STIPULATION TO EXTEND THE DEADLINE AND SCHEDULING
CASE NO. 5:11-CV-04093

-3-