UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LABORERS' LOCAL,<br><br>                Plaintiff(s),<br>   v.<br>INTERSIL ET AL.,<br><br>                Defendant(s). | Case No. 5:11-CV-04093 EJD<br><br>**ORDER TERMINATING NOTICE OF JOINDER** |

IT IS HEREBY ORDERED that pursuant to the court's order granting Defendants' motions to dismiss (see Docket Item No. 31), the clerk shall terminate Defendant Compensia's notice of joinder (see Docket Item No. 21).

**IT IS SO ORDERED.**

Dated: March 7, 2012

                                            EDWARD J. DAVILA
                                            United States District Judge