**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LABORERS' LOCAL, | ) | Case No. 5:11-CV-04093 EJD |
|---|---|---|
| Plaintiff(s), | ) ) ) | **ORDER TERMINATING NOTICE OF JOINDER** |
| v. | ) | |
| INTERSIL ET AL., | ) ) | |
| Defendant(s). | ) ) ) | |

IT IS HEREBY ORDERED that pursuant to the court's order granting Defendants' motions to dismiss (see Docket Item No. 31), the clerk shall terminate Defendant Compensia's notice of joinder (see Docket Item No. 21).

**IT IS SO ORDERED.**

Dated: March 7, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-04093 EJD
ORDER TERMINATING NOTICE OF JOINDER