UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LABORERS' LOCAL, | Case No. 5:11-CV-04093 EJD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| INTERSIL, ET AL., | |
| Defendants. | |

This matter having been fully considered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants as follows:

1. The Administrative Motion is hereby GRANTED.

2. Plaintiff's Complaint is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-04093 EJD
JUDGMENT