UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LABORERS' LOCAL,<br><br>                Plaintiff,<br>   v.<br><br>INTERSIL, ET AL.,<br><br>                Defendants. | Case No. 5:11-CV-04093 EJD<br><br>**JUDGMENT** |

This matter having been fully considered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants as follows:

1. The Administrative Motion is hereby GRANTED.

2. Plaintiff's Complaint is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2012

                                            EDWARD J. DAVILA
                                            United States District Judge